STATE OF MONTANA,
    Plaintiff,                       CAUSE NO. DC-03-40
vs.                            NUNC PRO TUNC ORDER
ELI SAYLER,               TO CORRECT DECISION
    Defendant,

The counsel of record listed on the third paragraph of the November 1, 2007 Decision of the Sentence Review Division was incorrectly listed as Eric Olson.

NOW, THEREFORE, IT IS ORDERED THAT the third paragraph of the November 1, 2007 Decision of the Sentence Review Division shall be amended to read: "The defendant was present and was represented by JOSEPH CONNORS. The state was represented by Robert Zimmerman."

DATED this 29th day of November, 2007.
Chairperson, Hon. Randal I. Spaulding